EDWARD I. EDWARDS, COMPTROLLER OF THE TREASURY, APPELLANT, v. FREDERICK PETRY, JR., RESPONDENT.

Submitted March 15, 1917—Decided June 18, 1917.

On appeal from the Supreme Court, in which the following *per curiam* was filed:

"This is a writ of *certiorari* to review an order made by Mr. Justice Trenchard, under chapter 120 of the laws of 1915, providing for an order by a justice of the Supreme Court to enforce rights under the Civil Service act.

"The sole question argued by the prosecutor was as to the power of the legislature to delegate to a justice of the Supreme Court this right to review.

"In the present case the defendant appealed to the civil service commission and met with an adverse decision, and thereupon applied to Mr. Justice Trenchard and secured an order reversing the action of the commission.

"We do not find in the case that Mr Justice Trenchard went further than to issue a rule to show cause on the comptroller, and the power to issue the writ was therefore challenged *in limine*. This involves the questions that were discussed in this court in *New Brunswick* v. *McCann,* 74 *N. J. L.* 171; *Newark* v. *Kazinski,* 86 *Id.* 59, and *Summit* v. *Iarusso,* 87 *Id.* 403.

"We think that while the case presents some difficulty we are bound, nevertheless, to follow the last two cases, which seem to us controlling.

"We think that the jurisdiction given to the justices of the Supreme Court, by the act under consideration, in no way interferes with the right of the Supreme Court to review the entire case by *certiorari*, but superadds an additional step in a proceeding which may ultimately reach this court as a reviewing tribunal.

"We are not to be understood as approving of this character of legislation which quite insidiously results in unsettling the legal machinery of the court without gaining ultimately any substantial advantage to the litigant by the disarrangement.

"We think this writ must be dismissed."

For the appellant, *John W. Wescott,* attorney-general.

For the respondent, *Linton Satterthwaite.*

PER CURIAM.

The judgment under review will be affirmed, for the reasons set forth in the opinion of the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, GARRISON, BERGEN, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, GARDNER, JJ.   9.

*For reversal*—None.